

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: | § | No. 08-24-00219-CV |
| GILBERT MARTINEZ and ALFREDO GARCES, | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| Relators. | § | |
| | § | |

**MEMORANDUM OPINION**

For the third time, Relators Gilbert Martinez and Alfredo Garces ask us to direct the Honorable Sergio Enriquez, Presiding Judge of the 448th Judicial District Court of El Paso County, to order Real Parties in Interest Robert Lopez and R. Lopez Scrap Metal, LLC to "comply with the prior [post-judgment discovery] orders of the [trial court] and produce the requested documents for the prior four years and pay sanctions[.]"

Relators bear the burden of providing this Court with a sufficient record to establish their right to mandamus relief. *Walker v. Packer*, 827 S.W.2d 833, 837 (Tex. 1992). Although the mandamus record produced in connection with this petition includes additional documents, it still does not include the transcripts from the relevant hearings. *See* Tex. R. App. P. 52.7(a)(2) ("Relator must file with the petition a properly authenticated transcript of any relevant testimony from any

underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained."); *In re Martinez*, No. 08-24-00120-CV, 2024 WL 2801928, at *1 (Tex. App.—El Paso May 31, 2024, orig. proceeding, no pet. h.) (mem. op.); *In re Martinez*, No. 08-24-00023-CV, 2024 WL 1723958, at *1–2 (Tex. App.—El Paso Apr. 22, 2024, orig. proceeding, no pet. h.) (mem. op.). As we stated before, given the nature of the relief requested, the trial court's statements at the hearings are relevant to the record in this mandamus petition. *In re Martinez*, 2024 WL 2801928, at *1 (referencing Tex. R. App. P. 52.7(a)(2); *Walker*, 827 S.W.2d at 837 n.3). If no record was made at any or all of the relevant hearings, Relators bear a burden of filing a statement to that effect.

Because Relators have not provided us with a record sufficient to establish their right to mandamus relief, we deny their petition for writ of mandamus.


LISA J. SOTO, Justice

July 29, 2024

Before Alley, C.J., Palafox, and Soto, JJ.